UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV16-08817 JAK (SKx) | Date | February 13, 2017 |
| Title | Auroa Montes v. Sears Holdings Management Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Nissim Levin | Candice T. Zee |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT (DKT. 17)**

**SCHEDULING CONFERENCE**

The Court states its tentative views that it is inclined to deny Plaintiff's Motion to Remand Action to State Court (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and an order will be issued.

The scheduling conference is held. The Court confers with counsel regarding the status of the case. The parties indicate in their February 3, 2017 Joint Report that they consent to a Magistrate Judge for all purposes. However, defense counsel believes that Defendant consents to a Magistrate Judge for discovery purposes only. The Court sets the following deadlines:

| | |
|---|---|
| February 21, 2017: | Last day for Defendant to file declaration under penalty of perjury that it does not consent to a Magistrate Judge for all purposes. To the extent the parties confer and do consent to a Magistrate Judge to oversee the entire case, counsel shall file a joint report, which shall include the agreed upon Magistrate Judge from the consent program. |
| March 31, 2017: | Last day to amend or add parties |
| April 3, 2017 | Last day to participate in a settlement conference/mediation |
| April 7, 2017: | Last day to file notice of settlement / joint report re settlement |
| April 17, 2017 at 1:30 p.m.: | Post Mediation Status Conference |
| October 2, 2017: | Non-Expert Discovery Cut-Off |
| October 16, 2017: | Initial Expert Disclosures |
| October 30, 2017: | Rebuttal Expert Disclosures |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV16-08817 JAK (SKx) | Date | February 13, 2017 |
| Title | Auroa Montes v. Sears Holdings Management Corporation, et al. | | |

| | |
|---|---|
| November 13, 2017: | Expert Discovery Cut-Off |
| November 13, 2017: | Last day to file motions *(including discovery motions)* |
| February 5, 2018: | Last day to hear motions *(including discovery motions)* |
| March 5, 2018: | Anticipated ruling on all motions |
| March 19, 2018: | Last day to file all pretrial documents |
| April 2, 2018 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| April 17, 2018 at 9:00 a.m.: | Jury Trial (est. tbd days) |

The Court does not estimate the trial at seven days but will confer further with counsel at the time of the Final Pretrial Conference.

The Court grants the parties' request to participate in a settlement conference with a member of the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on April 17, 2017, if such notice is filed on or before April 7, 2017. If a notice of settlement is not filed, counsel shall file a joint report by April 7, 2017, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 11.

**IT IS SO ORDERED.**

| | : | 19 |
|---|---|---|
| Initials of Preparer | ak | |