UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA MONTES,<br><br>        Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK AND COMPANY, a corporation; LUCIA LEPIZ, an individual; and DOES 1-100,<br><br>        Defendants. | Case No. 2:16-cv-08817-JAK-SK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>**JS-6** |

---

ORDER ON STIPULATION OF DISMISSAL

38033150v.1

1 | Based upon the written stipulation of the parties and good cause appearing in support thereof, the Court hereby orders this action is hereby dismissed with prejudice, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 11, 2017

_____
Honorable John A. Kronstadt
United States District Judge

38033150v.1